# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LESLIE BETHEL, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>BLUEMERCURY, INC,<br><br>Defendants. | Civil Action No.: 1:21-CV-02743-KPF<br><br><br>**ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

Plaintiff Leslie Bethel's ("Plaintiff") Motion for Preliminary Approval of Class Action Settlement ("Motion") came before this Court on October 9, 2023. (Dkt. #78-79). Plaintiff submitted a supplemental memorandum in support of her motion on November 3, 2023. (Dkt. #81). The Court having considered the papers submitted in support of the Motion and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. The Court grants preliminary approval of the Settlement based upon the terms set forth in the Class Action Settlement Agreement and Release entered into between Plaintiffs and Defendant ("Settlement Agreement") filed with the Motion. All terms used herein have the same meaning as defined in the Settlement Agreement.

2. The Settlement set forth in the Settlement Agreement is fair, adequate and reasonable to the Settlement Class. The Settlement falls within the range of reasonableness and appears to be presumptively valid, subject only to any objections that may be raised at the final fairness hearing and final approval by this Court. The Court finds the requisites for establishing class certification under Federal Rule of Civil Procedure Rule 23, and collective action certification under the Federal Fair Labor Standards Act pursuant to 29 U.S.C. section 216(b) are met for purposes of the Settlement only.

3. A final fairness hearing on the question of whether the proposed Settlement, attorneys' fees and costs to Class Counsel, costs of administration and Class Representative's Enhancement Award should be finally approved as fair, reasonable, and adequate as to the members of the Class is scheduled on the date and time set forth in the Implementation Schedule below in Paragraph 10.

4. "Settlement Class" and "Class Members" mean all persons employed by Defendant as a Store Manager in New York from March 31, 2015 and September 12, 2023. The Settlement Class will not include any person who previously settled or released any of the claims covered by this Settlement, or any person who previously was paid or received awards through civil or administrative actions for the claims covered by this Settlement.

5. This Court approves, as to form and content, the Notice of Proposed Class Action Settlement and Hearing Date for Final Court Approval of Settlement ("Class Notice") (**Exhibit A to Settlement Agreement**). The Court approves the procedure for Class Members to opt out of, and to object to the Settlement as set forth in the Stipulation of Settlement and Class Notice.

6. The Court directs the mailing of the Class Notice by first-class mail to the Class Members in accordance with the Implementation Schedule set forth in Paragraph 10 below. The Court finds the dates selected for the mailing and distribution of the Class Notice, as set forth in the Implementation Schedule, meet the requirements of due process and provide the best notice practicable under the circumstances and shall constitute due and sufficient notice to all persons entitled thereto.

7. It is ordered that the Settlement Class is preliminarily certified for settlement purposes only.

8. The Court confirms Plaintiff Leslie Bethel as the "Class Representative," and approves Plaintiffs' Counsel, Gregg I. Shavitz, Esq., Camar R. Jones, Esq., and Michael J. Palitz, Esq. of SHAVITZ LAW GROUP, P.A. as "Class Counsel" for purposes of the Settlement.

9. The Court confirms the appointment of CPT Group as the Settlement Administrator.

10. The Court orders the following Implementation Schedule for further proceedings to effectuate and administer the Settlement:

    a. The Court adopts all deadlines set forth by the parties in the Settlement Agreement.

    b. The parties are hereby ORDERED to appear for a final approval hearing on **March 27, 2024** at **3:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

    c. Papers in support of final approval of the Settlement Agreement shall be filed with the Court on or before **March 13, 2024**.

The Court's findings in this Preliminary Approval Order shall have no effect on the Court's ruling on any motion to certify any class in the Action, or to appoint any representatives, and no party may cite or refer to the Court's preliminary certification of the Settlement Class as binding or persuasive authority with respect to any motion to certify such class or appoint class representatives.

The Clerk of Court is directed to terminate the pending motion at docket entry 79.

**SO ORDERED.**

Dated: November 15, 2023
New York, New York

The Honorable Katherine Polk Failla
United States District Judge