

951 Yamato Road, Suite 285 | Boca Raton FL 33431
Tel 561.447.8888 | Fax 561.447.8831
www.shavitzlaw.com

March 26, 2024

*Via ECF*

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007



Re:   *Bethel v. Bluemercury, Inc.* **1:21-cv-02743-KPF**
*Request for Extension of Time to File Motion for Final Approval*

Honorable Judge Failla:

This firm represents Plaintiffs in the above-referenced matter. We are writing regarding the hearing on Plaintiffs' Unopposed Motion for Final Approval of the Parties' Settlement, which is presently scheduled for hearing on March 27, 2024 at 3:00PM.

The Plaintiff's filed their Motion for Final Approval on March 20, 2024. In the Motion, Plaintiff noted that there were no objectors to the settlement, nor did any Class Member opt out of the settlement, which is one of the key issues to resolve at a final approval hearing.

In light of there being no objectors or opt outs, and noting that Defendant does not object to the relief sought in the Motion, Plaintiffs' counsel respectfully requests permission to appear remotely *via* zoom or telephonically for the hearing. The undersigned, who is the attorney most familiar with the case, is based out of Shavitz Law Group's Boca Raton, Florida office, which would require 3 hours of air travel each way to attend the hearing. Therefore, Plaintiff's Counsel would appreciate the Court's accommodation under the circumstances.

Before submitting this request, Plaintiffs' Counsel conferred with Defense Counsel, who advised there was no objection to the relief sought.

Respectfully submitted,

Camar R. Jones, Esq.

Cc: Erica Clifford, Esq. (*via* ECF)
    Michael J. Palitz, Esq. (*via* ECF)

Application GRANTED.  In the future, the Court asks Plaintiff to file requests of this nature at least one week prior to the scheduled hearing.

The parties are hereby ORDERED to appear by telephone for the Final Approval hearing on **March 27, 2024**, at **3:00 p.m.**  The dial-in information is as follows: At 3:00 p.m., the parties shall call (888) 363-4749 and enter access code 5123533.  Please note, the conference will not be available prior to 3:00 p.m.

The Clerk of Court is directed to terminate the pending motion at docket entry 87.

Dated:     March 26, 2024              SO ORDERED.
           New York, New York

                                       HON. KATHERINE POLK FAILLA
                                       UNITED STATES DISTRICT JUDGE